## **INDEX OF EXHIBITS**

EXHIBIT 1       Financial Operating Plan – January 15, 2012

EXHIBIT 2       General Fund Revenues

EXHIBIT 3       Declaration of Edward t. Kurtz

EXHIBIT 4       Order of Emergency Manager

EXHIBIT 5       Judge Zatkoff's Order of July 17, 2012

GIARMARCO, MULLINS & HORTON, P.C.
ATTORNEYS AND COUNSELORS AT LAW
Tenth Floor Columbia Center ▼ 101 West Big Beaver Road ▼ Troy, Michigan 48084-5280 ▼ P: (248) 457-7000 ▼ F: (248) 457-7001 ▼ www.gmhlaw.com