UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN WELCH , JUDITH WELCH, KENNETH
SPARKS JR., CAROL SPARKS, SHERRY
MURPHY, AND MARK FULKS             JUDGE: ARTHUR TARNOW
ON BEHALF OF THEMSELVES AND
ALL OTHERS SIMILARLY SITUATED,
AND UNITED RETIRED GOVERNMENTAL    CASE NO:  2:12-cv-13808-AJT-MKM
EMPLOYEES (URGE), A MICHIGAN NON
PROFIT CORPORATION,

PLAINTIFFS,

v.

MICHAEL BROWN, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS
EMERGENCY MANAGER OF THE CITY OF FLINT, EDWARD
KURTZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS
EMERGENCY MANAGER OF THE CITY OF FLINT,
ROBERT ERLENBECK,  INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS MANAGER FOR THE
CITY OF FLINT RETIREMENT OFFICE , GERALD AMBROSE
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY
AS CITY OF FLINT FINANCE DIRECTOR, AND THE
CITY OF FLINT,

    DEFENDANTS.
_____/

| | |
|---|---|
| GREGORY T. GIBBS (P-26440) | JOHN C. CLARK (P51356) |
| ALEC SCOTT GIBBS (P-73593) | STEPHEN J. HITCHCOCK (P15005) |
| LAW OFFICE OF GREGORY T. GIBBS | GIARMARCO, MULLINS & HORTON, P.C. |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 717 S Grand Traverse St | 101 W. Big Beaver Road, 10th Floor |
| Flint, MI 48502 | Troy, MI 48084 |
| (810) 239-9470 | (248) 457-7023 |
| | |
| | PETER M. BADE (P47546) |
| | Attorney for Defendants |
| | 1101 S. Saginaw Street, 3rd Floor |
| | Flint, MI 48502 |
| | (810) 766-7146 |

_____/

**INDEX OF EXHIBITS TO PLAINTIFFS' SUPPLEMENTAL BRIEF**

EXHIBIT A-  DEPOSITION OF KENNETH SPARKS JUNIOR

EXHIBIT B-  *Davis v. Roberts*, Case No. 313297 (Mich. Ct. Appeals Nov. 16, 2012)

EXHIBIT C-  TRO, *Yurk, et al. v. City of Flint*, Genesee County Circuit Court 01-71149-NZ

EXHIBIT D-  DEPOSITION OF JOHN WELCH

EXHIBIT E-  DEPOSITION OF JUDITH WELCH

EXHIBIT F-  *Providence Retired Police & Firefighter's Assoc. v. City of Providence*, 2012 R.I. Super. LEXIS 23 (Case No. PC-11-5853 January 30, 2012)

EXHIBIT G-  DEPOSITION OF ROBERT ERLENBECK

EXHIBIT H-  DEPOSITION OF GERALD AMBROSE

EXHIBIT I-  *Bland, et. al. v. City of Flint, et. al.*, Genesee County Circuit Court Case No. 12- 98803  -CZ, Plaintiffs' Complaint