# INDEX OF EXHIBITS

EXHIBIT 1        Financial and Operating Plan January 15, 2012

EXHIBIT 2        Deposition of Robert Erlenbeck

EXHIBIT 3        Deposition of Gerald Ambrose

EXHIBIT 4        Deposition of Kenneth L. Sparks, Jr.

EXHIBIT 5        Deposition of John F. Welch

EXHIBIT 6        Declaration of Edward J. Kurtz

EXHIBIT 7        Letter from Andy Dillon to Mike Brown, Emergency Manager