Exhibits to Brief in Support of Motion for Protective Order and/ or Writ of Mandamus in Welch.

Exhibit 1-   January 24, 2014 Letter from Defendant City of Flint by Emergency Manager Darnell Earley to Plaintiffs.

Exhibit 2-   Declarations from named Plaintiffs receiving letter from City of Flint

Exhibit 3-   City of Flint's denial of request by named Plaintiff URGE for addresses of Flint retirees.

Exhibit 4-   Defense Counsel's letter denying concurrence in relief sought in this motion